**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE BAIR HUGGER FORCED AIR
WARMING PRODUCTS
LIABILITY LITIGATION

MDL No. 15-md-2666 (JNE/DTS)

**SCHEDULING ORDER**

This Document Relates to Case Numbers:

15cv4363, Kent
16cv2501, Phillips
16cv3283, Daniels
16cv3315, Squires
16cv3416, Schenkel
16cv4153, Janowicz
16cv4236, Serra
17cv0101, Anderson
17cv0216, Huberty
17cv0423, Clement
17cv1153, Wills
17cv1839, Romesburg
17cv2210, Wyatt
17cv3246, Williams
17cv3249, Wright
17cv3405, Tyler
17cv3677, Fairbanks
17cv4122, Abbott
17cv4444, Ruiz
17cv4558, Rios
17cv5195, Blake
18cv0666, Brown-Dring
18cv0834, Collins
18cv0877, Keithley
18cv0916, Foltz
18cv0992, Williams
18cv1593, Williams
18cv2358, Sommer
18cv2823, Rudd
18cv2934, Fairfax
18cv3039, Smith
18cv3078, Ishmell
18cv3382, Brennan
19cv1263, Wallace
19cv1370, Hillmon
22cv1056, Shoop

22cv1404, Jackson
22cv3095, Swanson
23cv1406, Stehm
23cv3028, Wise
24cv0293, Krapfl
24cv0517, Craft
24cv0560, Graham
24cv0787, Walker
24cv1262, Wood
24cv1315, Enos
24cv2196, Braggs
24cv2978, Elliott
24cv3322, Bernard

---

Pursuant the Court's Order identifying 150 MDL cases for trial work-up and establishing a procedure for doing so, Dkt. No. 2799, the Court now issues the following Order implementing that procedure for the above-captioned cases. The following schedule will govern these proceedings unless modified pursuant to Local Rule 16.3.

**INITIAL DISCLOSURES**

The parties shall serve initial disclosures by **August 15, 2025**. These disclosures shall include information each party possesses regarding product identification/product use.

**FACT DISCOVERY:** Fact discovery shall commence **August 1, 2025.** All fact discovery shall be completed no later than **December 31, 2025.**

1. Written Discovery

   A. No more than **25** interrogatories counted in accordance with Rule 33(a), shall be served by either side.

   B. No more than **15** document requests shall be served by each party. Objections to document requests must meet the requirements of amended Rule 34(b)(2)(B).

   C. No more than **25** requests for admissions shall be served by each side.

2. No more than **20 hours** of fact deposition testimony, excluding expert witness depositions, shall be taken by each side.

3. No more than **1** Rule 35 medical examination shall be conducted during the fact discovery period.

**EXPERT DISCOVERY**

1. Disclosure of the identities of case specific expert witnesses under Rule 26(a)(2)(A), the full disclosures required by Rule 26 (a)(2)(B) (including the written report prepared and signed by each expert witness), and the full disclosures required by Rule 26(a)(2)(C), shall be made as follows:

   Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures by Plaintiff on or before **March 1, 2026**

   Identification and Rule 26(a)(2)(B) and 26(a)(2)(C) disclosures by Defendant on or before **April 1, 2026**

2. All expert discovery, including expert depositions, must be completed by **June 30, 2026.**

3. No depositions of general causation experts shall be taken unless (1) the expert has not been previously disclosed in this MDL, or (2) the expert, though previously identified, is offering an opinion not previously disclosed.

**NON-DISPOSITIVE MOTIONS**

1. Amendments to the Operative Complaint
   Pursuant to PTO 8, any plaintiff wishing to amend their operative complaint shall serve and file the amended complaint by **September 1, 2025**. The amended complaint shall **NOT** include a claim for punitive damages. Motions to add a claim for punitive damages may be brought at the close of discovery as a part of dispositive motion practice.

2. Fact Discovery Motion Practice
   All motions relating to fact discovery shall be filed by **January 31, 2026**. Such motion practice shall proceed by letter briefs only. The responding party must serve and file their responsive letter within two business days of the filing by the moving party. No Notices of Motion or Memorandum of Law shall be filed. The letter briefs shall be no longer than 5 pages and may not attach exhibits. The court will schedule a telephonic hearing on the motion, at which hearing the court will announce its ruling on the motion.

3. Expert Discovery Motion Practice
   All motions relating to expert discovery must be served and filed by **July 31, 2026.**

**PRIVILEGE/PROTECTION**

The parties will follow the procedure set forth in Fed. R. Civ. P. 26(b)(5)(B) regarding information produced in discovery that is subject to claim of privilege or protection as trial-preparation material. Pursuant to Fed. R. Evid. 502, the inadvertent production of any documents in this proceeding shall not constitute a waiver of any privilege or protection applicable to those documents.

Dated: July 23, 2025

s/ David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge